# MEMORANDUM DECISIONS

BOARD OF DIRECTORS OF PUBLIC SCHOOLS OF PARISH OF ORLEANS v. FISHER et al.* (Circuit Court of Appeals, Fifth Circuit. January 19, 1916.) No. 2819. In Error to the District Court of the United States for the Eastern District of Louisiana: Rufus E. Foster, Judge. I. D. Moore and John F. C. Waldo, both of New Orleans, La., for plaintiff in error. Chas. Louque, of New Orleans, La., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and SPEER, District Judge.

PER CURIAM. In the transcript we find no bill of exceptions showing objections to any rulings of the court, nor do we find any prejudicial error patent of record. The assigned errors are none of them well taken. Judgment affirmed.

BORLAND v. NORTHERN TRUST SAFE DEPOSIT CO. (Circuit Court of Appeals, Seventh Circuit. July 8, 1915. Rehearing Denied November 26, 1915.) No. 2139. Appeal from the District Court of the United States for the Eastern Division of the Northern District of Illinois. Josiah McRoberts, of Chicago. Ill., for appellant. George D. Seymour, of New Haven, Conn., and Robert H. Parkinson, of Chicago, Ill., for appellee. Before BAKER and KOHLSAAT, Circuit Judges, and CARPENTER, District Judge.

PER CURIAM. This is an appeal from a decree adjudging that appellant's patent, No. 940,300, November 16, 1909, for a safety deposit box lock, was not infringed by the locks used by appellee. In our judgment the two locks, as fully described and explained in Judge Sanborn's opinion in 212 Fed. 178, differ so radically in their structural laws that the case was properly disposed of by the finding of noninfringement. The decree is affirmed.

BROOM et al. v. CHAPMAN et al. (Circuit Court of Appeals, Fifth Circuit. January 31, 1916.) No. 2783. Appeal from the District Court of the United States for the Eastern District of Texas; Gordon Russell, Judge. W. D. Gordon and V. A. Collins, both of Beaumont, Tex., for appellants. Ballinger Mills, of Galveston, Tex., for appellees. Before PARDEE and WALKER, Circuit Judges, and NEWMAN, District Judge.

PER CURIAM. The decree of res judicata pleaded in this case was conclusive on the merits. We find no prejudicial error in the rulings of the court. The decree appealed from is affirmed.